**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **PATRICK STEVENS TOLIVER** | **CIVIL ACTION NO. 20-728-P** |
| **VERSUS** | **JUDGE HICKS** |
| **CADDO PARISH SHERIFF'S OFFICE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**<u>JUDGMENT</u>**

For the reasons stated in the Report and Recommendation (Record Document 6) of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff Patrick Steven Toliver's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this <u>12th</u> day of <u>April,</u> 2023.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**